IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY DENTON,

      Petitioner,               No. CIV S-03-2041 DFL DAD P

    vs.

M. KNOWLES,

      Respondent.        ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On May 31, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Neither party has filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 31, 2005, are adopted in full;

2. Petitioner's April 19, 2005 renewed motion to stay and hold these proceedings in abeyance is granted;

3. Petitioner shall present his unexhausted claim to the California Supreme Court in a state habeas petition filed within thirty days after this action is stayed;

4. This action is stayed and the Clerk of the Court is directed to administratively close the case;

5. Petitioner shall file and serve a status report in this case on the first court day of each month until the stay is lifted; and

6. Petitioner shall file and serve a motion to lift the stay of this action, along with a proposed second amended petition containing all exhausted claims, within thirty days after petitioner is served with the California Supreme Court's order disposing of the state exhaustion petition.

DATED: 7/22/2005

_____
DAVID F. LEVI
United States District Judge