IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY DENTON,

    Petitioner,                    No. CIV S-03-2041 DFL DAD P

    vs.

M. KNOWLES,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner has filed two motions in this stayed case. Petitioner is advised that he may not proceed in this case until he has complied with the order filed July 26, 2005, and the stay has been lifted. IT IS HEREBY ORDERED that:

        1. Petitioner's September 8, 2005 renewed motion for appointment of counsel is denied; and

        2. Petitioner's September 8, 2005 motion for supplemental litigation is denied.

DATED: September 13, 2005.

                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:13
dent2041.den