IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY DENTON,

    Petitioner,                    No. CIV S-03-2041 DFL DAD P

    vs.

M. KNOWLES,

    Respondent.                 <u>ORDER</u>

_____/

    Petitioner has requested a second extension of time to file and serve a second amended petition pursuant to the court's order filed April 19, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's June 15, 2006 request for an extension of time is granted; and

    2. Petitioner is granted an extension of time to July 7, 2006, in which to file and serve his second amended petition.

DATED: June 22, 2006.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
dent2041.111s