IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY DENTON,

    Petitioner,               No. CIV S-03-2041 DFL DAD P

    vs.

M. KNOWLES,

    Respondent.          ORDER
_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus challenging the judgment of conviction entered against him in the Sacramento County Superior Court in 1998. On March 22, 2005, respondent's motion to dismiss was granted and petitioner was granted leave to file an amended petition containing only exhausted claims. On July 26, 2005, the district court granted petitioner's motion to stay his first amended petition. The stay was lifted on April 19, 2006, and petitioner's second amended petition was filed on June 22, 2006. Respondent's motion to dismiss the second amended petition as time barred is before the court.

        Respondent argues that petitioner's new claim of ineffective assistance of trial counsel, alleged as Ground Two, is supported by facts that differ in time and type from the facts alleged in the habeas petition filed in this court in 2003. Respondent contends that the statute of

limitations expired on January 1, 2004, at the latest, and that petitioner's new claim does not relate back to any claim in the original federal habeas petition.  Respondent argues that petitioner may proceed only on Grounds One and Three because Ground Two is barred by the statute of limitations.

Petitioner has filed a notice of non-opposition to respondent's motion.  Petitioner requests that the court dismiss Ground Two and permit him to proceed on Grounds One and Three without further amendment or, in the alternative, that the court grant him leave to file a further amended petition omitting Ground Two.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's July 25, 2006 motion to dismiss Ground Two of petitioner's second amended petition is granted;

2. Petitioner's claim of ineffective assistance of counsel, alleged as Ground Two in the second amended petition  for writ of habeas corpus filed on June 22, 2006, is dismissed;

3. Respondent shall file and serve an answer to petitioner's June 22, 2006 second amended petition, from which Ground Two has been dismissed, within thirty days after this order is served.  See Rule 4, Fed. R. Governing § 2254 Cases.  The answer shall be accompanied by all transcripts and other documents relevant to Grounds One and Three.  See Rule 5, Fed. R. Governing § 2254 Cases;

4. Petitioner's traverse to respondent's answer shall be filed and served within thirty days after the answer is served.

DATED: September 5, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
dent2041.mtd2

2