IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TIMOTHY DENTON,** | 2:03-cv-2041 DFL DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **M. KNOWLES, Warden,** | |
| Respondent. | |

Good cause appearing, Respondent's October 4, 2006 request for a thirty-day (30) enlargement of time is granted. Therefore, the Respondent's answer to Petitioner's second amended petition for writ of habeas corpus shall be filed no later than November 6, 2006.

**IT IS SO ORDERED.**

DATED: October 10, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/dent2041.extresp