IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY DENTON,** | 2:03-cv-2041 DFL DAD P |
| Petitioner, | **ORDER** |
| **v.** | |
| **M. KNOWLES, Warden,** | |
| Respondent. | |

Good cause appearing, Respondent's November 2, 2006 request for a second thirty-day (30) enlargement of time is granted.  Therefore, the Respondent's answer to Petitioner's second amended petition for writ of habeas corpus shall be filed no later than December 6, 2006.

DATED: November 2, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/dent2041.extresp2