IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY DENTON,

    Petitioner,                    No. CIV S-03-2041 DFL DAD P

    vs.

M. KNOWLES,

    Respondent.                <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file and serve a traverse to respondent's answer.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's December 21, 2006 request for enlargement of time is granted; and

    2. Petitioner shall file and serve his traverse on or before February 5, 2007.

DATED: December 28, 2006.

                                                                 */s/ Dale A. Drozd*
                                                                 DALE A. DROZD
                                                                 UNITED STATES MAGISTRATE JUDGE

DAD:13:mp
dent2041.111trav